HUDSON CITY SAVINGS BANK, A BANKING CORPORATION OF NEW JERSEY, PLAINTIFF-APPELLANT, v. ELLA L. McCAULEY, ELIZABETH C. DUFFY, INDIVIDUALLY AND AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF MARK J. DUFFY, AND ANNA M. LYONS KERRIGAN, DEFENDANTS-RESPONDENTS.

Decided May 1, 1950.

For the petitioner: *Mr. James A. Major* and *Messrs. Breslin & Breslin.*

For the respondents: *Mr. Joseph V. Cullum.*

PER CURIAM. The petition for certification is denied.

The application for consolidation to the Superior Court, Appellate Division, was made pursuant to *Rule* 3:42–1. It was denied without expression. It would appear from the record that the application was premature.

Our action is without prejudice to renewing the application to the Appellate Division, upon the assumption that the state of pleadings has progressed to enable a disposition upon the merits.